IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES R. GRAHAM,
        Plaintiff,
  v.
ALVIN KELLER, JR.; ROBERT C. LEWIS;
MARSHALL PIKE; DENNIS ROWLAND,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:10-CT-3144-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 22, 2012, with service on:
James R. Graham 0620208, Lanesboro Correctional Center, P.O. Box 280, Polkton, NC 28135 (via U.S. Mail)
Lisa Y. Harper (via CM/ECF Notice of Electronic Filing)

August 22, 2012

/s/ Julie A. Richards
Clerk

Raleigh, North Carolina